## LOUISVILLE & NASHVILLE RAILROAD COMPANY v. NANNY et al.

ATKINSON, J. 1. A landlord can not recover in a suit for damages against a railroad company for failure to keep in good repair a stock-guard, where the sole damage alleged is to the crop of a tenant.

2. The right of action given by the Civil Code, §§ 2699 et seq., is a statutory right, and applies only to the owner of the land, and not to a tenant. *Florida etc. R. Co.* v. *Judge,* 100 *Ga.* 600 (28 S. E. 379); *Hardin* v. *Chattanooga Southern R. Co.,* 113 *Ga.* 357 (38 S. E. 839); *Alabama Great Southern R. Co.* v. *Fowler,* 104 *Ga.* 148 (30 S. E. 243); *Southern R. Co.* v. *Harrell,* 104 *Ga.* 602 (30 S. E. 821).

3. Under the principles above announced, and the former decisions of this court, the action was subject to general demurrer.

*Judgment reversed. All the Justices concur, except Hill, J., not presiding.*
FEBRUARY 16, 1912.

Action for damages. Before Judge Fite. Murray superior court. August 9, 1910.

*D. W. Blair, Tye, Peeples & Jordan,* and *C. N. King,* for plaintiff in error.

*Maddox, McCamy & Shumate* and *W. W. Sampler,* contra.